IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORWIN A. CATWELL, | |
| Petitioner, | CIVIL ACTION NO. 3:09-CV-2442 |
| v. | (Judge Caputo) |
| THOMAS R. DECKER, et al., | (Magistrate Judge Blewitt) |
| Respondents. | |

## ORDER

**NOW** this 15th day of April 2010, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 15) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 15) is **ADOPTED**.

(2) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** as premature.

(3) The Clerk of Court shall mark this case as closed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge